**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

UNITED STATES OF AMERICA                    CIVIL ACTION NO. 26-0413

VERSUS                                                            JUDGE S. MAURICE HICKS, JR.

ANDREA PAOLA                                       MAGISTRATE JUDGE MCCLUSKY
BRACAMONTE-MORAN

**MEMORANDUM ORDER**

Before the Court are Andrea Paola Bracamonte-Moran's ("Petitioner") *pro se* motions requesting a status conference and for the Court to adopt the Magistrate Judge's Report and Recommendation on an expedited basis. See Record Documents 21 & 22.

Although the Report and Recommendation (Record Document 17) is ripe for a decision by the Court, the issues presented therein substantially overlap with those currently pending before the Fifth Circuit in Sosnava Rodriguez v. Ortega, Case No. 26-50183 (5th Cir.); Villegas Angel v. Mullin, Case No. 26-50219 (5th Cir.); and Gomez Alvarado v. Vergara, Case No. 26-50221 (5th Cir.). The Fifth Circuit's forthcoming decisions in those matters are expected to provide controlling or highly persuasive guidance relevant to the disposition of this case.

In light of the foregoing, the Court finds that expediting a ruling or conducting a status conference at this time would not promote judicial efficiency and could result in inconsistent or premature adjudication. Accordingly, the Court will defer ruling on the pending Report and Recommendation (Record Document 17) until the Fifth Circuit issues its decisions in the above-referenced cases.

The Court will notify the parties if it determines that a status conference becomes necessary.

**IT IS ORDERED** that Petitioner's motions to expedite and motions for status conference (Record Documents 21 & 22) are **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of May, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT